Exhibit "A"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>420-2023-00329 |
|---|---|---|

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Mrs. Mia E. Maxwell | Home Phone<br>478-396-3945 | Year of Birth |
|---|---|---|
| Street Address<br>109 BROWN STREET<br>TUSKEGEE, AL 36083 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Tuskegee University | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|
| Street Address<br>1200 W MONTGOMERY RD<br>TUSKEGEE INSTITUTE, AL 36088 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest         Latest<br>07/27/2022        08/20/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:
EEOC NO: 420-2023-0329 Mia Maxwell v Tuskegee University I am a female employed by the above name employer. I was hired November 21, 2021, as a Title IX investigator. I report directly to the Office of the president of the University and the general counsel VP of external affairs. On July 27th, 2022, I was managing complaint from a student athlete and during my investigation I found that an NCAA rule violation. I spoke with Reginald Ruffin who is the athletic director and head football coach. He was upset about the mention of NCAA rules that were broken that I found during my investigation. Reginald Ruffin sent an email that went to several people including the office of the President and the Universitys general counsel. The email stated that based on my assertion that he was involved in NCCAA violations that things could get ugly. I took this as a direct threat and intimidation tactic to interfere with the title IX process. On August 20th, 2022, I was tasked with investigating another student complaint and needed to speak with one of Ruffins assistant football coaches regarding the matter. During my conversation with Mr. Ruffin, he made several comments about the attire of the young women on campus intimating that somehow the attire of the women was to blame for the coach's alleged misconduct. After my conversation with the assistant coach Mr. Ruffin sent an email that I was ccd in and suggested falsely that I told the coach that he would need to go home while the investigation was in progress in violation of university policy. When in fact I did not tell or recommend that the

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Mia E. Maxwell**<br>11/21/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>420-2023-00329 |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

coach go home, I told the coach that he would have to discuss that with his direct supervisor. Because of this harassment and intimidation, I am unable to complete my responsibilities as an IX investigator based on both the advice of General Counsel and my fear what action Mr. Ruffin may take against me. After the second email I contacted HR to make a formal complaint against Mr. Ruffin because of his harassment and intimidation. On August 25, 2022, I gave my statement to HR and on Sept 12, 2022, had a follow up meeting and was told that after the investigation is complete, I would be contacted. After the first e-mail in which I was told that things could get ugly, I was advised by the General Counsel to have no contact with Mr. Ruffin. I have not had any further contact with either Mr. Ruffin or from HR letting me know the findings of the investigation. I believe that the harassment and intimidation by Mr. Ruffin on the basis of my sex has created a hostile work environment in which the terms and conditions of my employment have been altered as the responsibilities of the Title IX Coordinator include direct involvement with the Athletic Department. I am unable to complete those responsibilities based on both the advice of General Counsel and my fear what action Mr. Ruffin may take against me. I believe that I have been discriminated against because of my sex (female) in violation of Title VII of the civil rights act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Mia E. Maxwell**<br>11/21/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.