**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MIA MAXWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-472-ECM-CWB** |
| | ) | |
| **TUSKEGEE UNIVERISTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now pending before the court is a Motion to Dismiss (Doc. 14) filed by Reginal Ruffin. It is hereby **ORDERED** that Plaintiff shall respond to the motion no later than **October 11, 2023** and that Defendant Ruffin shall file any reply within 7 days from the filing of Plaintiff's response. Unless expressly authorized by the court in advance, no further submissions will be accepted in support of, or in opposition to, the pending motion.

**DONE** this the 20th day of September 2023.

_____

**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**