IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MIA MAXWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:23-cv-472-ECM-CWB |
| | ) |
| TUSKEGEE UNIVERISTY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties are reminded of their obligation to confer regarding a proposed discovery plan and other issues as necessary to file a report of planning meeting under Rule 26(f) of the Federal Rules of Civil Procedure. It is hereby **ORDERED** that the Rule 26(f) report be filed no later than **November 30, 2023**.

Trial is expected to be set during one of the presiding judge's regularly scheduled civil trial terms approximately 14 to 16 months from the date of this Order if such a term is available and, if not available, then as soon as practicable thereafter. The dates for civil trial terms are published at http://www.almd.uscourts.gov. Rule 26(a)(3) witness list exchange, deposition designations, and exchange of trial exhibits must occur no later than 42 days before trial so as to allow appropriate time for filing and resolution of evidentiary motions/objections. A pretrial conference is normally set 4 to 6 weeks in advance of the scheduled trial term. Dispositive motions shall be filed no later than 120 days prior to the pretrial conference date.

The parties may agree to longer deadlines, but shorter deadlines ordinarily will not be allowed. If the parties seek to vary from the typical schedule, their Rule 26(f) report should present specific case-related reasons for the requested variance.

The court may or may not hold a scheduling conference before issuing a scheduling order. If a scheduling conference is held, counsel may participate by telephone unless otherwise directed.

**DONE** this the 13th day of November 2023.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**