IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MIA MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-472-ECM-CWB |
| ) | |
| TUSKEGEE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to Middle District of Alabama Local Rule 16.1, it is

ORDERED that a mediation conference in this case is scheduled for **April 15, 2025, at 10:00 a.m. CST**. The conference will occur before the undersigned Magistrate Judge via video teleconference. A member of the undersigned's chambers will email the Zoom link to counsel for the parties. The parties shall join the conference no later than five minutes before it begins. A party who experiences technical difficulties should attempt to rejoin the conference before contacting chambers at (334) 954-3700. It is further

ORDERED that, on or before **April 8, 2025**, **at 12:00 p.m. CST**, each party shall send a confidential mediation statement, in PDF format, to doylechambers@almd.uscourts.gov. Confidential mediation statements are intended solely for the Court's use in preparing for the mediation conference. The statements should not be filed with or transmitted to the Clerk of Court or served on another party. The undersigned will keep confidential all matters within the statements, meaning that he will not disclose any matter contained within a statement to another party or the trial judge.

Plaintiff's mediation statement shall include:

1. A summary of her claim;

2. Her objective in the litigation;

3. The estimated time and expense she would expend engaging in discovery, trial preparation, etc., if mediation is unsuccessful;

4. The reasonable amount of damages she seeks to settle her claims; and

5. Any perceived impediment to settlement.

Defendant's confidential mediation statement shall include:

1. An explanation of its defenses to Plaintiff's claims and a candid assessment of the strengths and weaknesses of those defenses;

2. The estimated time and expense it would expend engaging in discovery, trial preparation, etc., if mediation is unsuccessful;

3. A reasonable estimate of the amount it is willing to offer Plaintiff to settle her claims; and

4. Any perceived impediment to settlement.

Finally, the Court reminds the parties that this mediation is being conducted at their request and that preparing for mediation takes substantial judicial resources. The Court therefore expects the parties to mediate in good faith and with the goal of resolving this case.

DONE this 25th day of March, 2025.

_/s/ Stephen M. Doyle_
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE