IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MIA MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-472-ECM-CWB |
| ) | |
| TUSKEGEE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is

ORDERED that the mediation conference in this case scheduled for April 15, 2025 is RESET to **May 28, 2025, at 10:00 AM**. The conference will occur before the undersigned Magistrate Judge via video teleconference. A member of the undersigned's chambers will email the Zoom link to counsel for the parties. The parties shall join the conference no later than five minutes before it begins. A party who experiences technical difficulties should attempt to rejoin the conference before contacting chambers at (334) 954-3700. It is further

ORDERED that the deadline for submitting confidential mediation statements to doylechambers@almd.uscourts.gov is RESET to **May 14, 2025**, **at 12:00 p.m. CST**.

DONE this 14th day of April, 2025.

/s/ Stephen M. Doyle
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE